UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IZEH MATTHEW,,<br><br>                           Plaintiff,<br><br>     -against-<br><br>BUILDING SECRURITY SERVICES OWNGER; CREIG RECRUITER FOR BSS SECREUTY,<br><br>                           Defendants. | 24-CV-2447 (LTS)<br><br>CIVIL JUDGMENT |

     For the reasons stated in the Court's Order of Dismissal, dated September 16, 2024, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 18, 2024
           New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge